**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In re Joe Brayboy, III

Appellate case number:    01-18-00570-CV

Trial court case number:  2004-66585

Trial court:                       311th District Court of Harris County

Relator Joe Brayboy III filed a petition for writ of habeas corpus, but he has failed to provide the court with a hearing record of either the June 5 or June 18 hearings. The State argues that the failure to provide a copy of the hearing records requires denial of the petition. As the party seeking relief, relator has the burden to provide a sufficient record to establish his right to relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *cf. Ex Parte McKeand*, 454 S.W.3d 52, 54 (Tex. App.—Houston [1st Dist.] 2014, no pet.).

The court will consider this petition without the benefit of the hearing records unless relator files the hearing records from the June 5 and June 18 hearings **within 20 days of the date of this order**. *Cf.* TEX. R. APP. P. 37.3(c), 38.9(b).

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                          X  Acting individually      ☐  Acting for the Court

Date:   August 30, 2018